IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM MAXWELL, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. 1:22-CV-40 |
| | § | |
| v. | § | |
| | § | DISTRICT JUDGE MICHAEL J. TRUNCALE |
| WARDEN, FCI BEAUMONT LOW, | § | MAGISTRATE CHRISTINE L. STETSON |
| | § | |
| Respondent. | § | |

## **O R D E R**

On this day came to be heard Respondent's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and having reviewed the same, and heard the arguments and objections, if any, this Court finds that the "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" should be denied.

Therefore, it is **ORDERED** that Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" is denied and this lawsuit is dismissed with prejudice.