IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM MAXWELL | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-40 |
| WARDEN, FCI BEAUMONT LOW | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Michael J. Truncale, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

ORDERED and ADJUDGED that this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is DISMISSED with prejudice.

All motions by either party not previously ruled on are hereby DENIED.

**SIGNED this 6th day of October, 2023.**

_____
Michael J. Truncale
United States District Judge