IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

Beaumont Division

| | | |
|---|---|---|
| WILLIAM MAXWELL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 1:22-CV-40 |
| | § | |
| WARDEN, FCI BEAUMONT LOW | § | |

### NOTICE OF APPEAL

Comes now, William Maxwell ("Maxwell"), who hereby files this Notice of Appeal appealing the District Court's Memorandum Opinion and Order Overruling Objections and Adopting Report and Reccomendation [Doc. 28] dated October 6, 2023 and Final Judgment [Doc. 29] dated October 6, 2023.

Maxwell requests that the appellate record be prepared for appeal.

Respectfully Submitted,

WILLIAM MAXWELL

Fed. Reg. No.: 71944-279

FCI-Beaumont-Low

Post Office Box 26020

Beaumont, Texas  77720

-1-

**VERIFICATION**

I hereby verify that all of the material facts contained in the foregoing Notice of Appeal are true and correct to the best of my knowledge and belief. I make this verification under penalty of perjury and pursuant to 28 U.S.C. §1746.

December ___4___, 2023

_____
WILLIAM MAXWELL

**CERTIFICATION**

I hereby certify that the foregoing Notice of Appeal was placed in the BOP Legal Mail System, first class postage prepaid and properly addressed on the ___4___ day of December, 2023. I make this certification under penalty of perjury and pursuant to 28 U.S.C. §1746.

December ___4___, 2023

_____
WILLIAM MAXWELL

WILLIAM MAXWELL
71944-279
FCI-BEAUMONT-LOW
POST OFFICE BOX 26020
BEAUMONT, TEXAS   77720



NORTH HOUSTON TX 773

6 DEC 2023   PM 9   L

FOREVER / USA

CLERK, U.S. DISTRICT COURT
RECEIVED

DEC 0 8 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

LEGAL MAIL

77701-221729

CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION
300 WILLOW ST   STE 104
BEAUMONT   TX   77701-2217

LEGAL MAIL